# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDWARD MANIER | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-94-00438-001 SI<br>BOP Case Number: DCAN300CR000452-001<br>USM Number:<br>Defendant's Attorney: George Lazarus |

**THE DEFENDANT:**
[x]   admitted guilt to violation of general condition not to commit another federal, state of local crime and standard conditions 1 & 6  of the terms of supervision.
[ ]   was found in violation of condition(s) __ after denial of guilt.
**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to notify probation officer of change of address | 7/08 |
| 2 | Traveled outside district without permission | 7/08 |
| 3 | Committed another federal, state or local crime | 8/08 |

   The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ]   The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.
   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   9267 | 8/7/09<br>Date of Imposition of Judgment<br><br>*Susan Illston* (signature)<br>Signature of Judicial Officer |
| Defendant's Date of Birth:   1962 | |
| Defendant's USM No.: | |
| Defendant's Residence Address:<br>c/o Bureau of Prisons | Honorable Susan Illston, U. S. District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address: | 8/10/09<br>Date |

EDWARD MANIER                                                                                                    Judgment - Page 2 of 2
CASE NUMBER:      CR-00-00452-001 SI

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of an additional sentence of 9 months with no further supervision . This term of imprisonment shall run concurrent to sentence imposed in CR-00-00452-01 SI.


[ ]  The Court makes the following recommendations to the Bureau of Prisons:


[ ]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

  [ ]  at __ [] am [] pm on __.
  [ ]  as notified by the United States Marshal.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ]  before 2:00 pm on __.
  [ ]  as notified by the United States Marshal.
  [ ]  as notified by the Probation or Pretrial Services Office.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:




  Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.


                                                                     _____
                                                                     UNITED STATES MARSHAL

                                                        By   _____
                                                                     Deputy United States Marshal